JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2013)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence, MA    **Category No.** II    **Investigating Agency** DEA

**City** Lawrence

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    26-mj-xxxx-DLC
Search Warrant Case Number    see below
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name    Rodolfo Alejo CEPEDA VARGAS    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:    19 North Boylston Street., Lawrence, Massachusetts

Birth date (Yr only): _____    SSN (last 4#): _____    Sex: _____    Race _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Andrew A. Caffrey, III    Bar Number if applicable: 660481

**Interpreter:**  ☑ Yes  ☐ No    List language and/or dialect:  Spanish

**Victims:**  ☐ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:**    March 26, 2026

☑ Already in Federal Custody as of    March 26, 2026    in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/26/2026    Signature of AUSA:    /s/ Andrew A. Caffrey, III

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Rodolfo Alejo CEPEDA VARGAS

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 841(a)(1) | Possession with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Related search warrants in this district: 25-mj-4623; 26-mj-1103; 26-mj-4110; 26-mj-4111; 26-mj-4112; 26-mj-4118; 26-mj-4119; 26-mj-4140.

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013